UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> 2002 CADILLAC ESCALADE, ) <br> WASHINGTON LICENSE NUMBER ) <br> 578 TDB, VIN: 1GYEK63N62R276119, ) <br> ) <br> Defendant. ) <br> ) | CV-08-5068-EFS <br><br><br> Order of Dismissal |

Before the Court is the parties' Joint Stipulation for Voluntary Dismissal, pursuant to Rule 41(a)(1) of the Fed. R. Civ. P.

This Court finds that the case should be dismissed. The Court further finds that the parties have agreed that each party shall be responsible for its attorneys' fees and costs incurred herein.

Accordingly, IT IS HEREBY ORDERED:

1) That this case is DISMISSED with prejudice; and,

2) Each party shall be responsible for its attorneys' fees and costs.

The District Court Executive is hereby directed to enter this order and provide copies to counsel.

DATED this   9th  day of June, 2009.

 s/Edward F. Shea
Edward F. Shea
United States District Court Judge

Order of Dismissal - 1

P90522dm.saa.wpd